# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| CARRIE P. CLARK, | : | |
| Plaintiff, | : | |
| vs. | : | CA 08-0454-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $2,920.93 under the Equal Access to Justice Act, 28 U.S.C. § 2412, representing compensation for 17.5 hours of service by Brian R. Carmichael, Esquire, at the cost-of-living-adjusted rate of $166.691 an hour.

**DONE** this the 20th day of July, 2009.

   s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**